September 29, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

GARDEN RIDGE, L.P., Appellant/Cross-Appellee

NO. 14-15-00695-CV                          V.

CLEAR LAKE CENTER, L.P., Appellee/Cross-Appellant

_____

This cause, an appeal from the judgment in favor of appellant/cross-appellee, Garden Ridge, L.P., signed May 19, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below by striking the second paragraph of the judgment and adding in its place the following:

> IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Garden Ridge, L.P., recover from Clear Lake Center, L.P., the sum of $540,700.00 plus prejudgment interest in the amount of $116,766.93 for a total damages award as of the date of this judgment of $657,466.93.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellee/cross-appellant, Clear Lake Center, L.P., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.